1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| CORLISS BOWERS; IRENE FLOURNOY; DIANETTE PORTER; TAMMY MCCARLEY; MARDEL MAGORIAN; TRAVIS JOHNSON; MARY LYONS; ANNETTE BARTLETT; MARTHA VALLADEZ, individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br>   v.<br>FIRST STUDENT, INC.; and DOES 1–100, inclusive,<br>      Defendants. | Case No. 2:14-CV-8866-ODW (E)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

1 | In light of the Notice of Settlement (ECF No. 35), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by August 15, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**